**E-FILED**
Friday, 05 May, 2006  10:25:29 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 05-2106 |
| ) | |
| **EIGHTY THOUSAND NINE HUNDRED** ) | |
| **FORTY-ONE AND 05/100 DOLLARS** ) | |
| **($80,941.05) IN U.S. CURRENCY,** ) | |
| ) | |
| **Defendant.** ) | |

# OPINION

On April 18, 2006, the Magistrate Judge filed a Report and Recommendation (#25) in the above cause. The Magistrate Judge recommended that the Motion to Suppress Evidence (#19) filed by Bobbie Honorable be DENIED.

On April 28, 2006, Bobbie Honorable filed her Objection to the Report and Recommendation (#26). This court has reviewed the Magistrate Judge's reasoning and Ms. Honorable's Objection. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Bobbie Honorable's Motion to Suppress Evidence (#19) is DENIED.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 5th day of May, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE